ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Akira Technologies, Inc. | ) ASBCA No. 62304 |
| | ) |
| Under Contract Nos. GS-35F-515BA | ) |
| T.O. HC1028-19-F-0138 | ) |

APPEARANCES FOR THE APPELLANT:  C. Peter Dungan, Esq.
Roger V. Abbott, Esq.
Miles & Stockbridge P.C.
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  William E. Brazis, Jr., Esq.
DISA General Counsel
Joseph A. Buitron, Esq.
Deputy General Counsel
Michelle L. Sabin, Esq.
Vera A. Strebel, Esq.
Trial Attorneys
Defense Information Systems Agency
Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 25, 2021

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62304, Appeal of Akira Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:  May 26, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals
